UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDALL THADDEUS TREPAGNIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACILITIES MAINTENANCE MANAGEMENT, LLC; INFOPAY, INC.; and INTERMEDIA VENTURES, LLC,<br><br>Defendants. | **Civil Action No. 1:26-cv-14027-JDH** |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF NOAH KANE, ESQ.**

Adam Deutsch respectfully moves for admission pro hac vice of Noah Kane as counsel for Plaintiff Randall Thaddeus Trepagnier and the proposed classes in the above-captioned proceeding. In support of this motion, Adam Deutsch states:

1. Attorney Adam Deutsch is a member in good standing of the Commonwealth of Massachusetts and attorney of record for Plaintiff.

2. Noah Kane is the principal of Kane Law Firm LLC, 550 Kinderkamack Road, Suite 124, Oradell, NJ 07649, and is licensed and a member in good standing of the bars of the State of New Jersey (No. 428282023), the State of New York (No. 6009682), and the State of Maryland (No. 2603021010).

3. Attorney Kane is a member of the bar in good standing of every jurisdiction where he has been admitted to practice and has not been the subject of any prior or pending disciplinary proceedings.

4. Attorney Noah Kane will pay the pro hac vice fee to the BBO per Supreme Judicial Court Rule 3:15. See Certification of Noah Kane.

5. Mr. Kane is familiar with, and will follow, the Court's rules, procedures, timetables, and all Massachusetts laws.

6. I further agree to sponsor Mr. Kane in this motion as we will work together as co-counsel for the remainder of the case.

WHEREFORE, Plaintiff requests that Noah Kane be admitted pro hac vice to appear on behalf of and act as counsel for Randall Thaddeus Trepagnier and the proposed classes.

Respectfully submitted,
RANDALL THADDEUS TREPAGNIER
By his attorney,

*/s/ Adam Deutsch*
Adam Deutsch, Esq. (BBO #569173)
Northeast Law Group, LLC
P.O. Box 60717
Longmeadow, MA 01106
Tel: (413) 285-3646
Fax: (413) 200-3305
adam@northeastlawgroup.com

LOCAL RULE 7.1(A)(2) CERTIFICATION: I, Adam Deutsch, counsel for Plaintiff in the above-captioned matter, certify pursuant to LR 7.1(a)(2) that Plaintiff's counsel conferred with counsel for all Defendants. Counsel for Defendant Facilities Maintenance Management, LLC and counsel for Defendants InfoPay, Inc. and Intermedia Ventures, LLC each stated that their respective clients do not oppose this Motion.

*/s/ Adam Deutsch*
Adam Deutsch, Esq.

CERTIFICATE OF SERVICE: I certify that I caused a true and correct copy of this Motion for Admission Pro Hac Vice to be filed through the CM/ECF system and served via that system.

*/s/ Adam Deutsch*
Adam Deutsch, Esq.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDALL THADDEUS TREPAGNIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACILITIES MAINTENANCE MANAGEMENT, LLC; INFOPAY, INC.; and INTERMEDIA VENTURES, LLC,<br><br>Defendants. | **Civil Action No. 1:26-cv-14027-JDH** |

**CERTIFICATION OF NOAH KANE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, NOAH KANE, declare:

1. I am over the age of 18 and am fully competent to make this declaration.
2. I am licensed to practice law in the States of New Jersey, New York, and Maryland, and admitted before the United States District Courts for the District of New Jersey, the Southern and Eastern Districts of New York, the District of Maryland, and several other federal districts.
3. I was admitted to the Bar of the State of New Jersey in 2023 (No. 428282023), the Bar of the State of New York in 2023 (No. 6009682), and the Bar of the State of Maryland in 2026 (No. 2603021010), and have been a member in good standing of each ever since. A copy of my certificate of good standing from the Supreme Court of New Jersey dated August 21, 2026 is attached hereto as Exhibit A.
4. I am the owner of Kane Law Firm LLC, a consumer-protection law firm based in Oradell, New Jersey, whose practice is concentrated in litigation under the Fair Credit Reporting Act and related federal consumer statutes.
5. Kane Law Firm LLC focuses on consumer protection cases in New Jersey, New York, and Maryland, in addition to the instant matter in Massachusetts.
6. In addition to the states in which I am admitted to the state bar, before starting my own firm, I litigated Fair Credit Reporting Act cases in federal courts in California, Colorado, Connecticut,

Georgia, Illinois, Indiana, Kentucky, Nevada, New Mexico, North Carolina, Ohio, Oklahoma, Tennessee, Texas, Virginia, and the state of Washington.

7. My legal scholarship has been published in the Cardozo Law Review, where I served as an editor in law school.
8. I regularly handle matters in arbitrations before JAMS and AAA as well.
9. If called as a witness, I would competently testify to the matters herein from personal knowledge.
10. The declaration is based upon my personal knowledge, except where expressly noted otherwise.
11. I am a member of good standing in every jurisdiction where I have been admitted to practice.
12. I have no disciplinary proceedings pending against me.
13. I have not previously had a pro hac vice admission to this Court revoked for misconduct.
14. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.
15. My full address and telephone number is as follows:

KANE LAW FIRM LLC
550 Kinderkamack Road, Suite 124
Oradell, NJ 07649
(267) 832-2657
noah@njconsumer.com

16. The instant motion is unopposed.
17. I make this declaration pursuant to L.R. 83.5.3(e)(3).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2026, pursuant to the laws of the United States of America as well as those of the Commonwealth of Massachusetts at Oradell, NJ.

By: /s/ Noah Kane
NOAH KANE, ESQ.
11/19/2026

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDALL THADDEUS TREPAGNIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACILITIES MAINTENANCE MANAGEMENT, LLC; INFOPAY, INC.; and INTERMEDIA VENTURES, LLC,<br><br>Defendants. | **Civil Action No. 1:26-cv-14027-JDH** |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the accompanying Certification of Noah Kane in support of the Motion for Admission Pro Hac Vice of Noah Kane, Esq., filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies will be sent to those indicated as non-registered participants, on the date of its filing.

*/s/ Adam Deutsch*
Adam Deutsch, Esq. (BBO #569173)
Northeast Law Group, LLC

Dated: November 24, 2026